# APPENDIX A

## List of Settling Defendants

| No. | Name | Principal Place of Business |
|---|---|---|
| 1 | Aerosols Danville, Inc., f/k/a KIK Custom Products, Inc. | 6710 River Road<br>Hodgkins, IL 60525 |
| 2 | Avnet, Inc. | 2211 S. 47th St.<br>Phoenix, AZ 85034 |
| 3 | Bank of America, N.A., Trustee u/w of Lloyd G. Balfour; | *(for Bank of America, N.A.)*<br>100 Federal St.<br>MA5-100-10-22<br>Boston, MA 02110 |
| 4 | BASF Catalysts LLC | BASF Catalysts LLC<br>100 Park Avenue<br>Florham Park, NJ 07932 |
| 5 | Chevron Environmental Management Company, for itself and as Attorney-in-Fact for Kewanee Industries, Inc. | P.O. Box 6046<br>San Ramon, CA 94583 |
| 6 | City of Attleboro, Massachusetts | City Hall<br>77 Park Street<br>Attleboro, MA 02703 |
| 7 | ConocoPhillips Company | 925 North Eldridge Parkway<br>Houston, TX 77252-2197 |
| 8 | Handy & Harman | 590 Madison Avenue<br>32nd Floor<br>New York, N.Y. 10022 |
| 9 | International Paper Company | 6400 Poplar Avenue<br>Memphis, TN 38197 |
| 10 | Swank Holdings, Inc. | 417 Fifth Avenue<br>Floor 11<br>New York, NY 10016 |
| 11 | Teknor Apex Company | 505 Central Avenue<br>Pawtucket, RI 02861 |
| 12 | Texas Instruments Incorporated | 12500 TI Boulevard<br>Dallas, TX |
| 13 | Waste Management of Massachusetts, Inc. | 4 Liberty Lane West<br>4th Floor<br>Hampton, NH 03842 |
| 14 | Town of Norton, Massachusetts | 70 East Main Street<br>Norton, MA 02766 |