## Appendix B. Shpack Landfill Site



Figure 2 - Site Plan with Field Sampling Locations
Shpack Superfund Site - Norton and Attleboro, MA