# APPENDIX C

## List of Addressees for Notice

Whenever a submission is required to be given, or is required to be sent, by one Party to another under this Consent Decree, it must be sent as specified below. In the case of emailed submissions, there is a rebuttable presumption that such submissions are received on the same day that they are sent. Any Party may change the method, person, or address applicable to it by providing notice of such change to all Parties.

As to DOJ, on behalf of the United States as Plaintiff:
*via email to*: eescdcopy.enrd@usdoj.gov
Re: DJ # 90-11-2-08360/4

As to DOJ on behalf of the Settling Federal Agency:
*via email to*: MailProcessing_EDS.ENRD@usdoj.gov
Re: DJ # 90-11-6-21155

As to DOI/FWS:
*via email to*: brianna.kenny@sol.doi.gov
Subject: United States v. Aerosols Danville, Inc., et al. (Shpack NRD)

As to the Commonwealth of Massachusetts:
*via email to*: seth.schofield@mass.gov
Subject: United States v. Aerosols Danville, Inc., et al. (Shpack NRD)

As to MassDEP:
*via email to*: andy.cohen@mass.gov
Subject: United States v. Aerosols Danville, Inc., et al. (Shpack NRD)

and

*via email to*: michelle.l.craddock@mass.gov
Subject: United States v. Aerosols Danville, Inc., et al. (Shpack NRD)

As to Common Counsel for the Shpack Site Group:
*via email to:* mlast@verrill-law.com
Subject: United States v. Aerosols Danville, Inc., et al. (Shpack NRD)

As to Town of Norton, Massachusetts:
*via email to*: MReich@k-plaw.com
Subject: United States v. Aerosols Danville, Inc., et al. (Shpack NRD)